

**JAMES E. JOHNSON**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**M. Adil Yaqoob**
Labor and Employment Law Division
phone: (212) 356-0879
fax: (212) 356-2438
email: myaqoob@law.nyc.gov

June 18, 2020

**Via ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**MEMO ENDORSED**

   Re: <u>Christopher Wallace v. City of New York, Department of Education</u>
     Civil Action No.: 20-CV-01424 (KPF) (GG)

Dear Judge Failla:

  I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent Defendants City of New York ("City") and the Department of Education ("DOE") in the above-referenced matter. In accordance with Your Honor's Individual Rule of Practice in Civil Cases 3.B, I write on behalf of both parties, to respectfully request that the initial pre-trial conference, in this case, currently scheduled for June 24, 2020, be cancelled. This request is being made because the parties have agreed to a schedule that calls for the close of all discovery within six months of the initial pre-trial conference as currently scheduled, and presently have no issues to raise with the Court.

  I thank the Court for its consideration of this request.

              Respectfully submitted,
                /s/
              M. Adil Yaqoob
              Assistant Corporation Counsel

CC: Justin S. Clark (by ECF)
   Levine & Blit, P.C.
   Attorneys for Plaintiff
   350 Fifth Avenue, Suite 4020
   New York, NY 10118
   Tel. (212) 967-3000
   jclark@levineblit.com

- 2 -

Application GRANTED.  The initial pretrial conference currently
scheduled for June 24, 2020, is hereby ADJOURNED sine die.  The parties
are ORDERED to appear for a pretrial conference on October 20, 2020, at
2:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40
Foley Square, New York, New York.  The Court will endorse the parties'
proposed case management plan under separate cover.

```
Dated:     June 18, 2020            SO ORDERED.
           New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE