

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | M. Adil Yaqoob<br>Labor and Employment Law Division<br>phone: (212) 356-0879<br>fax: (212) 356-2438<br>email: myaqoob@law.nyc.gov |
|---|---|---|

October 30, 2020

**Via ECF**
Honorable Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMORANDUM ENDORSEMENT**

Re: Christopher Wallace v. City of New York, Department of Education
Civil Action No.: 20-CV-01424 (KPF) (GG)

Dear Judge Gorenstein:

I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent Defendant the New York City Department of Education ("DOE") in the above-referenced matter. In accordance with Your Honor's Individual Rules of Practice, I write to respectfully request that the settlement conference, in this case, currently scheduled for November 13, 2020 at 10:00 am (see ECF dkt no. 26) be adjourned to December 4, 2020 at 10:00 am. This request is being made because I am still conferring with the DOE regarding settlement and will be unlikely to have a response to Plaintiff's demand by the current November 6 deadline. This is the first requested adjournment of the date for the settlement conference. Defendant also asks that the deadlines associated with the settlement conference also be adjourned to align with the new date for the settlement conference. Plaintiff's counsel consents to this requested adjournment and has indicated that he would be available on December 4, 2020 for a settlement conference.

I thank the Court for its consideration of this request.

Respectfully submitted,
/s/
M. Adil Yaqoob
Assistant Corporation Counsel

cc: Justin S. Clark (via ECF)
Attorney for Plaintiff
Levine & Blitt PLLC

Conference adjourned to December 4, 2020 at 10:00 am. Submissions due November 30, 2020.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**October 30, 2020**