

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **M. Adil Yaqoob**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-0879<br>fax: (212) 356-2439<br>email: myaqoob@law.nyc.gov |

**MEMO ENDORSED**

November 16, 2020

**VIA ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    <u>Christopher Wallace v. New York City Department of Education</u>
                Case No. 20 Civ. 01424

Dear Judge Failla:

       I am the Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent Defendant New York City Department of Education ("DOE") in the above-captioned proceeding. Defendant respectfully requests that the Court withdraw its settlement conference order. After further discussion with our client, this office does not wish to settle this case at this moment and intends on filing a fully dispositive motion for summary judgment in accordance with Your Honor's Individual Rules of Practice in Civil Cases. As such, any settlement conference would be futile. Plaintiff's counsel believes settlement is in the best interests of both parties, however, does not oppose this request to rescind the settlement conference order. Defendant apologizes in advance for any inconvenience this request may cause.

                Respectfully submitted,

                /s/    M. Adil Yaqoob
                Assistant Corporation Counsel

CC: Justin S. Clark, Esq (via ECF) Attorney for Plaintiff
Levine & Blit, PLLC
350 Fifth Avenue, Suite 4020
New York, NY 10118
Tel. (212) 967-3000

Application GRANTED.

Dated:   November 16, 2020         SO ORDERED.
         New York, New York

                                   *[signature: Katherine Polk Failla]*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE