

# LEVINE & BLIT, PLLC
## Attorneys at Law
EMPIRE STATE BUILDING
350 FIFTH AVENUE - SUITE 4020
NEW YORK, NY 10118
PHONE: (212) 967-3000 - FAX: (212) 967-3010
www.levineblit.com

---

May 7, 2021

*VIA ECF*
United States District Court
Honorable Katherine Polk Failla
40 Foley Square
New York, NY 10007

  Re: *Wallace v. City of New York – Dep't of Education* – No. 1:20-cv-1424
    Letter Motion to File Exhibits under Seal pursuant to a Protective Order

Your Honor:

  This firm represents the plaintiff, Christopher Wallace, in the above-referenced civil action. I respectfully submit this Letter Motion seeking leave to file exhibits under seal pursuant to Rule 9(C)(i) of the Court's Individual Rules. On September 29, 2020, the Court so ordered a Stipulation and Protective Order agreed upon between counsel. Of note, the Stipulation and Protective Order identified "the investigatory files of the New York City Department of Education Office of Special Investigations ("OSI") concerning the disciplinary allegations made against the Plaintiff" as "Confidential Materials". Plaintiff has relied upon several documents produced by Defendant that derived from the investigatory files of the New York City Department of Education Office of Special Investigations ("OSI") concerning the disciplinary allegations made against the Plaintiff" in Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In compliance with the Stipulation and Protective Order, the undersigned seeks leave to file under seal because these documents contain confidential personnel records and investigatory records from Plaintiff and others, including current employees of the New York City Department of Education who are not parties to this action. In compliance with the Court's Individual Rules, I will be copies of these exhibits to the Court contemporaneously with the filing of this Letter Motion.

  Thank you for the Court's time and consideration of this request.

        Respectfully submitted,

        LEVINE & BLIT, PLLC

        Justin S. Clark

Application GRANTED.  Plaintiff may file the documents described above under seal, viewable only to the parties and the Court.

Dated:    May 10, 2021          SO ORDERED.
          New York, New York

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE