

**MEMO ENDORSED**

| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Laura C. Williams**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2435<br>lawillia@law.nyc.gov |

May 18, 2021

**By ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Christopher Wallace v. New York City Department of Education</u>
                Case No. 20 Civ. 01424

Dear Judge Failla:

        I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for the defendant New York City Department of Education ("DOE") in the above-captioned proceeding. I write to respectfully request a three-week extension of time, from May 21, 2021 to June 11, 2021, for defendant to serve and file its reply to plaintiff's opposition to defendant's motion for summary judgment. Plaintiff's counsel has consented to this request.

        This is defendant's first request for an extension of time to file its reply, and is made due to the undersigned's very heavy caseload which, which includes preparing a motion to dismiss in another action, replies to multiple previously filed motions, as well as responses to federal and state discovery requests in multiple actions. The foregoing obligations necessitate additional time to prepare and finalize defendant's reply.

        I appreciate the Court's attention and consideration of this request.

        Respectfully Submitted,
        /s/
        Laura C. Williams
        Assistant Corporation Counsel

cc:    **By ECF**
       Justin S. Clark, Esq.
       Attorney for Plaintiff

Application GRANTED, with the understanding that no further extensions will be forthcoming.

Dated: May 18, 2021  
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE