**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTOPHER WALLACE,

                      Plaintiff,

    -against-

CITY OF NEW YORK, DEPARTMENT OF
EDUCATION,

                      Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2021

20 **CIVIL** 1424 (KPF)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 28, 2021, Defendant's motion for summary judgment is GRANTED in full; accordingly, the case is closed.

**Dated:** New York, New York

       December 28, 2021

                                             RUBY J. KRAJICK
                                                     Clerk of Court

                                    BY:
                                                       _____
                                                            Deputy Clerk